**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LIVED IN IMAGES, INC.,

      Plaintiff,

v.                                           Case No:  6:15-cv-1221-Orl-40DAB

NOBLE PAINT AND TRIM, INC. and
DOES 1-5,

      Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Default Judgment Against Noble Paint and Triam, Inc. (Doc. 10) filed on September 29, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 5, 2016 (Doc. 13), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment Against Noble Paint and Trim, Inc. (Doc. 10) is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff's Motion for Final Default Judgment Against Noble Paint and Trim, Inc. is **GRANTED**.

4.     The Clerk is **DIRECTED to enter JUDGMENT** in favor of Lived In Images, Inc. and against Noble Paint and Trim, Inc. in the amount of $10,000.00 for the infringement of Lived in Images, Inc.'s copyrighted photograph.

5.     Plaintiff is **AWARDED** $2,081 in attorney's fees.

6.     Plaintiff's claim for costs is **DENIED**. Costs of $572 for service of summons and the court filing fee are reimbursable under the statue; however, Plaintiff should seek costs separately under a bill of costs on a form obtainable from the Clerk once judgment has been entered.

**DONE AND ORDERED** in Orlando, Florida on February 26, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2